UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSHUA PHILLIP DEAN (#557040)

VERSUS

BERTHA M. HILLMAN, ET AL

CIVIL ACTION

NO. 11-819-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which an objection[2] was filed:

IT IS ORDERED that the plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

Baton Rouge, Louisiana, February 16, 2012.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 4.

[2] Rec. Doc. No. 5.

Doc#47726